THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Leroy James
 Pitts, Appellant.
 
 
 

Appeal From Richland County
  J. Ernest Kinard, Jr., Circuit Court
Judge

Unpublished Opinion No.  2009-UP-316
 Submitted May 1, 2009  Filed June 11,
2009

APPEAL DISMISSED

 
 
 
 Deputy Chief Appellate Defender  Wanda H. Carter, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 of Columbia; and Solicitor Warren B. Giese, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Leroy James
 Pitts appeals his guilty plea and sentence for robbery and possession of crack,
 arguing the plea court erred in failing to explain sentencing consequences to
 him.  After a thorough review
 of the record and counsel's brief, pursuant to Anders v. California, 386
 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J., THOMAS, and KONDUROS, JJ.,
 concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.